UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL L. SCHUITMAN,

    Plaintiff,

v.

SPARTANNASH COMPANY
d/b/a SPARTAN STORES, INC., et al.

    Defendants.

_____/

Case No. 1:20-cv-62

HON. ROBERT J. JONKER

## **JUDGMENT**

In accordance with the Opinion entered on this day, Judgment is entered in favor of Defendant SpartanNash Company and against Plaintiff Carol L. Schuitman.

Dated:   May 12, 2021            /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               CHIEF UNITED STATES DISTRICT JUDGE